CRAIG M. PETERS, NO. 184018
**ALTAIR LAW LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Phone: (415) 988-9828
Email: cpeters@altairlaw.com; tguedikian@altairlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| Jane Doe,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Meta Platforms, Inc. (d/b/a Meta, f/k/a Facebook, Inc.),<br><br>　　　　Defendant. | CASE NO. 3:25-cv-9762<br><br>**MOTION FOR PLAINTIFF TO PROCEED UNDER PSEUDONYM**<br><br>*Filed concurrently with [Proposed] Order Granting Motion* |

1

Plaintiff, JANE DOE, seeks leave to proceed under a pseudonym pursuant to 15 U.S.C. § 6851(b)(3)(B), and would show:

1. 15 U.S.C. § 6851(b)(1) provides a federal civil remedy for the nonconsensual disclosure of an individual's intimate visual depiction(s).

2. Under the statute, an "intimate visual depiction" includes depiction of the person's uncovered genitals, pubic area, anus, post-pubescent female nipple, display or transfer of sexual bodily fluids on to the individual or from the individual, or the individual engaging in sexually explicit conduct.  15 U.S.C. § 6851(a)(5), (6).

3. In a civil action filed pursuant to § 6851, the court may grant injunctive relief maintaining the confidentiality of a plaintiff using a pseudonym.  15 U.S.C. § 6851(b)(3)(A), (B).

4. On November 13, 2025, Plaintiff filed a lawsuit pursuant to § 6851, and as expressly permitted by the statute, filed using the pseudonym, Jane Doe.

5. Upon filing, a docket text was entered directing Plaintiff to file a motion and proposed order to proceed using pseudonym before the case would be assigned.

6. As § 6851(b)(3)(B) explicitly permits, in an effort to preserve her anonymity, Plaintiff seeks leave to proceed under a pseudonym in this matter.

**WHEREFORE**, Plaintiff requests leave to proceed under a pseudonym pursuant to 15 U.S.C. § 6851(b)(3)(B).

DATED: November 14, 2025                ALTAIR LAW LLP

                                    **/s/ Craig M. Peters**
                            By: _____
                                    CRAIG M. PETERS
                                    Attorney for Plaintiff JANE DOE

2