| | |
|---|---|
| 1 | CRAIG M. PETERS, NO. 184018 |
| 2 | **ALTAIR LAW LLP** |
|   | 465 California Street, 5th Floor |
| 3 | San Francisco, CA 94104 |
|   | Phone: (415) 988-9828 |
| 4 | Email: cpeters@altairlaw.com; tguedikian@altairlaw.com |
| 5 | (*Co-Counsel/Local Counsel*) |
| 6 | ROSALYN SIA BAKER-BARNES (Admitted *Pro Hac Vice*) |
|   | THERON HARDEE BASS, III (Admitted *Pro Hac Vice*) |
| 7 | **SEARCY DENNEY SCAROLA BARNHART & SHIPLEY P.A.** |
|   | 2139 Palm Beach Lakes Blvd. |
|   | West Palm Beach, FL 33409 |
| 8 | Phone: (561) 686-6300 |
|   | Email : rsb@searcylaw.com;  baker-barnesteam@searcylaw.com; eleonard@searcylaw.com |
| 9 | Email: thb@searcylaw.com; thbteam@searcylaw.com |
| 10 | (Admitted *Pro Hac Vice*) |
| 11 | ATTORNEYS FOR PLAINTIFF |
|   | Jane Doe |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| Jane Doe, | CASE NO. 3:25-cv-9762-AGT |
| Plaintiff, | **MOTION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| Meta Platforms, Inc. (d/b/a Meta, f/k/a Facebook, Inc.), | *Filed concurrently with Declaration of T. Hardee Bass* |
| Defendant. | |

1

1  Plaintiff, JANE DOE, seeks entry of clerk's default pursuant to Rule 55(a), Federal Rules of Civil Procedure, and would show:

1. Plaintiff filed her Complaint on November 13, 2025. ECF No. 1.

2. Defendant was served with the Complaint on November 18, 2025. ECF No. 7; Exhibit 1 (Proof of Service).

3. A response to the Complaint was due by midnight, December 9, 2025. *Fed.R.Civ.P.* 6, 12.

4. However, Defendant did not file, and has not filed, a response, or any other paper, as required by the Rules. Exhibit 2 (ECF Docket History); Bass Dec.

5. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. *Fed.R.Civ.P.* 55(a).

6. As demonstrated by the electronic docket page and attached declaration of T. Hardee Bass, the Defendant has not filed a responsive pleading to the complaint, and a clerk's default must be entered.

**WHEREFORE**, Plaintiff requests entry of a clerk's default against Defendant pursuant to Rule 55(a), Federal Rule of Civil Procedure.

DATED: December 11, 2025

ALTAIR LAW LLP &
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY P.A.

By: ___/s/ Craig M. Peters___
CRAIG M. PETERS
Attorneys for Plaintiff Jane Doe

By: ___/s/ R. Sia Baker-Barnes___
R. SIA BAKER-BARNES
Attorneys for Plaintiff Jane Doe