1  CRAIG M. PETERS, NO. 184018
   **ALTAIR LAW LLP**
2  465 California Street, 5th Floor
   San Francisco, CA 94104
3  Phone: (415) 988-9828
4  Email: cpeters@altairlaw.com; tguedikian@altairlaw.com
   Attorney for Plaintiff
5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| Jane Doe, | CASE NO. 3:25-cv-9762 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR PLAINTIFF TO PROCEED UNDER PSEUDONYM** |
| v. | |
| Meta Platforms, Inc. (d/b/a Meta, f/k/a Facebook, Inc.), | *Filed concurrently with Motion for Plaintiff to Proceed Under Pseudonym* |
| Defendant. | |

1

## [PROPOSED] ORDER

Based on the Motion for Plaintiff to Proceed Under Pseudonym, all papers and arguments in support of, and pursuant to 15 U.S.C. § 6851(b)(3)(B), Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Dated:  December 19, 2025

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

2

Jane Doe v. Meta Platforms, Inc.
Case No. 3:25-cv-9762
[Proposed] Order Granting Motion for Plaintiff to Proceed Under Pseudonym