CRAIG M. PETERS (STATE BAR NO. 184018)
ALTAIR LAW LLP
465 California Street, 5 Floor
San Francisco, CA 94104
Phone: (415) 988-9828
cpeters@altairlaw.com; tguedikian@altairlaw.com
Attorney for Plaintiff

*Attorney for Plaintiff*

MICHELLE VISSER (STATE BAR NO. 277509)
mvisser@orrick.com
MELISSA LEVIN (STATE BAR NO. 328146)
melissalevin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant*
META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC. (d/b/a Meta, f/k/a Facebook, Inc.),<br><br>　　　　　　Defendant. | Case No. 4:25-cv-09762-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed:  November 13, 2025 |

1  Pursuant to Civil Local Rule 6-2, Plaintiff Jane Doe ("Plaintiff") and Defendant Meta
2  Platforms, Inc. ("Meta") (collectively, the "Parties") hereby stipulate and agree as follows:
3  **WHEREAS**, Plaintiff filed her Complaint on November 13, 2025;
4  **WHEREAS**, Plaintiff served her Complaint on Meta on January 8, 2026;
5  **WHEREAS**, Meta's deadline to respond to Plaintiff's Complaint was initially January 29,
6  2026;
7  **WHEREAS,** on January 23, 2026, the Parties stipulated, pursuant to Local Rule 6-1, to
8  extend Meta's deadline to respond to the Complaint to February 19, 2026, which extended Meta's
9  deadline without requiring a Court order;
10 **WHEREAS**, on February 19, 2026, Meta filed its Motion to Dismiss Plaintiff's Complaint
11 (the "Motion") noticing a hearing date of May 7, 2026 at 2:00 p.m.;
12 **WHEREAS**, Plaintiff and Meta, by and through their counsel, conferred to discuss setting
13 a briefing schedule for Plaintiff's opposition to Meta's Motion and Meta's reply;
14 **WHEREAS**, this Stipulation will not alter or otherwise impact the date of any event or any
15 deadline already fixed by Court order;
16 **WHEREFORE**, subject to the approval of the Court, the Parties now stipulate and agree
17 as follows:

18   1. Plaintiff's Opposition to Meta's Motion to Dismiss shall be filed on or before
19      March 12, 2026.
20   2. Defendant's Reply in Support of Meta's Motion to Dismiss shall be filed on or
21      before March 26, 2026.

1  Dated: February 19, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                               By:      */s/ Michelle L. Visser*
                                                        MICHELLE L. VISSER
                                                        Attorneys for Defendant
                                                        Meta Platforms, Inc.

   Dated: February 19, 2026

                                               By:      */s/ Craig M. Peters*
                                                        CRAIG M. PETERS
                                                        Attorney for Plaintiff

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  February 19, 2026                      By:  */s/ Michelle L. Visser*
                                                    Michelle L. Visser

- 2 -

STIPULATION AND [PROPOSED] ORDER
RE MOTION TO DISMISS BRIEFING SCHEDULE
CASE NO. 3:25-CV-09762-JST

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED** that the Court adopts the following briefing schedule for Meta's Motion to Dismiss Plaintiff's Complaint:

**Plaintiff's Opposition Deadline:** March 12, 2026

**Meta's Reply Deadline:** March 26, 2026

**IT IS SO ORDERED.**

DATED: __February 20__, 2026

_____
The Honorable Jon S. Tigar